ORIGINAL

FILED
JAN 2 4 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> MARTINEZ-Cruz, Alberto, ) <br> Defendant. ) | CASE NO. 11CR05222-001-GT <br><br> O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for March 8, 2012, is vacated and reset to April 6, 2012 at 9:30 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 1-23-12

GORDON THOMPSON, JR.
Senior, U.S. District Judge

cc: all counsel of record

/jhb